IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK LEE JOHNSON                                                                    PETITIONER
ADC #110079

V.                                    NO. 5:07cv00285 JMM-JWC

LARRY NORRIS, Director,                                                                RESPONDENT
Arkansas Department of Correction

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (doc. 9) is hereby denied, and Respondent is directed to further respond to Petitioner's claims.

IT IS SO ORDERED this 30th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE