IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DERRICK LEE JOHNSON                                                                      PETITIONER
ADC #110079

V.                                          NO. 5:07cv00285 JMM

LARRY NORRIS, Director,                                                                  RESPONDENT
Arkansas Department of Correction


ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) is hereby denied, dismissing this action in its entirety. The dismissal is with prejudice as to all claims except those challenging the validity of his criminal convictions, which are dismissed without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 2nd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE